IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ANECITO BETANCOURT IV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-71-S-BLW |
| | ) | (lead case) |
| vs. | ) | |
| | ) | |
| NBC (KTVB) Channel 7, NBC | ) | **ORDER OF CONSOLIDATION** |
| TELEVISION NETWORK CHANNEL, | ) | **AND INITIAL REVIEW ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| ANECITO BETANCOURT IV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-86-S-BLW |
| | ) | |
| vs. | ) | |
| | ) | |
| KIVI CHANNEL 6, ABC TELE- | ) | |
| VISION NETWORK AND CORP- | ) | |
| ORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | | |
| ANECITO BETANCOURT IV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-87-S-BlW |
| | ) | |
| vs. | ) | |
| | ) | |
| KTRV CHANNEL 12 Television | ) | |
| Station, FOX Television Network | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF CONSOLIDATION AND INITIAL REVIEW ORDER 1

| | |
|---|---|
| _____)<br>)<br>ANECITO BETANCOURT IV,          )<br>                                                          )<br>           Plaintiff,                           )<br>                                                          )<br>vs.                                                    )<br>                                                          )<br>CHANNEL 2, CBS, TV Network   )<br>and Corporation, KTVB Channel 7, )<br>NBC, TV Network and                 )<br>Corporation,                                  )<br>                                                          )<br>           Defendants.                       )<br>_____) | Case No. CV07-88-S-BLW |

Plaintiff was charged with voluntary manslaughter, and later acquitted by a jury. Plaintiff filed four civil rights cases against various television news stations for slander and defamation in reporting on his arrest and criminal case. When Plaintiff filed his cases, he was a pretrial detainee, seeking in forma pauperis status. As a result, the Court now reviews this case under Title 28 U.S.C. §§ 1915 and 1915A to determine whether he can proceed on his Complaints.

## ORDER OF CONSOLIDATION

Because Plaintiff's four Complaints have similar content, all relate to the same criminal matter, and are brought against the same type of defendants, the Court shall consolidate the four cases for ease of administration. Those cases are as follows: *Betancourt v. NBC TV*, CV07-71-S-BLW; *Betancourt v. KIVI*, CV07-86-S-BLW;

*Betancourt v. KTRV TV*, CV07-87-S-BLW; and *Betancourt v. Channel 2*, CV07-88-S-BLW.  Anything further filed in any of these cases should be filed only under the lead case number, *Betancourt v. NBC TV*, CV07-71-S-BLW.

## STANDARD OF LAW

The Court is required to review prisoner and in forma pauperis complaints seeking relief against a governmental entity or an officer or employee of a governmental entity to determine whether summary dismissal is appropriate.  28 U.S.C. §§ 1915(e) and 1915A.  The Court must dismiss a complaint or any portion thereof that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2)(B); 28 U.S.C. § 1915A.

Plaintiff brings federal constitutional and state law claims.  To state a claim under 42 U.S.C. § 1983, a plaintiff must allege a violation of rights protected by the Constitution or created by federal statute proximately caused by conduct of a person acting under color of state law.  *Crumpton v. Gates*, 947 F.2d 1418, 1420 (9th Cir. 1991).

## BACKGROUND

Plaintiff alleges that, in March 2006, the news stations reported false information about his arrest and criminal case, amounting to defamation, damaging his opportunity to have a fair trial, and causing him to be subjected to physical abuse while in jail custody.  He also asserts that his children and other family members were damaged by the false reporting.

ORDER OF CONSOLIDATION AND INITIAL REVIEW ORDER 3

For the following reasons, Plaintiff's four Complaints are subject to dismissal without prejudice. First, Plaintiff has not alleged any facts showing that the news stations are state actors, and it is unlikely that he would be able to do so. Therefore, he cannot proceed under § 1983. The Court will not entertain state-law claims under its supplemental jurisdiction powers without a cognizable federal claim.

If Plaintiff wishes to proceed under another type of federal jurisdiction, such as diversity, he can file a new complaint; however in the current Complaints, he asserts that some of the television stations are based in Idaho, and, therefore, no diversity jurisdiction lies under such circumstances. *See* 28 U.S.C. § 1332 (requiring that suit be between "citizens of different States" for federal jurisdiction predicated on diversity of citizenship); *see Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996) (construing 28 U.S.C. § 1332(a) to find a requirement of complete diversity). Plaintiff is also advised that he cannot file claims on behalf of other individuals because he is not a licensed attorney.

Because Plaintiff cannot proceed, the Court will dismiss the current Complaints claims without prejudice. Plaintiff is encouraged to seek legal counsel to determine whether his claims are cognizable and, if so, in which court a complaint should be filed. If Plaintiff files a new complaint in this Court, he must either pay the $350 filing fee or file a new request for in forma pauperis status containing detailed information regarding his current income, assets, and debts.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the following cases are

consolidated: *Betancourt v. NBC TV*, CV07-71-S-BLW; *Betancourt v. KIVI*, CV07-86-S-BLW; *Betancourt v. KTRV TV*, CV07-87-S-BLW; and *Betancourt v. Channel 2*, CV07-88-S-BLW.  The lead case shall be *Betancourt v. NBC TV*, CV07-71-S-BLW.

IT IS FURTHER HEREBY ORDERED that anything further filed in any of these cases should be filed **only** under the lead case number, *Betancourt v. NBC TV*, CV07-71-S-BLW

IT IS FURTHER HEREBY ORDERED that the In Forma Pauperis Application in each case is MOOT, namely, Docket No. 1 in *Betancourt v. NBC TV*, CV07-71-S-BLW; Docket No. 1, *Betancourt v. KIVI*, CV07-86-S-BLW;  Docket No. 1 in *Betancourt v. KTRV TV*, CV07-87-S-BLW; and Docket No. 1 in *Betancourt v. Channel 2*, CV07-88-S-BLW.

IT IS FURTHER HEREBY ORDERED that the cases are all dismissed without prejudice on the grounds of lack of jurisdiction.

ORDER OF CONSOLIDATION AND INITIAL REVIEW ORDER 5

IT IS FURTHER HEREBY ORDERED that Plaintiff's Motion to Appoint Counsel (Docket No. 5 in *Betancourt v. Channel 2*, CV07-88-S-BLW) is MOOT.

DATED:  **April 23, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge